William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION        21 MC 102 (AKH)

─────────────────────────────── X

VERONICA MATAS

                                                **NOTICE OF THE BROOKFIELD PARTIES' ADOPTION OF AMENDED ANSWER TO MASTER COMPLAINT**

V.

ALAN KASMAN DBA KASCO, ET. AL.,

CASE NUMBER: (AKH)
07 CV 01657
─────────────────────────────── X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October __18__ 2007

                                  Faust, Goetz, Schenker & Blee, LLP

                                  _____
                                  By: William J. Smith (WJS-9137)
                                  Attorneys for the Brookfield Parties
                                  Two Rector Street, 20th Floor
                                  New York, NY 10006
                                  (212) 363-6900